JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN JANKINS, | Case No. CV 18-520-DMG (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF PASADENA, *et al.*, | |
| Defendants. | |

On February 15, 2019, the Court granted the Motion for Summary Judgment filed by Defendants City of Pasadena, Officer Jorge Salazar, Officer Justin Meeks, and Officer Adam Rosen.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered on all claims in favor of Defendants City of Pasadena, Officer Jorge Salazar, Officer Justin Meeks, and Officer Adam Rosen and against Plaintiff Kelvin Jankins.

DATED: February 15, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE